MARY LEDWITH, as Administratrix of the Estate of JAMES LEDWITH, Deceased, Appellant, *v.* THEODORE E. MERRITT, as Executor of HIRAM MERRITT, Deceased, Respondent.

*Ledwith* v. *Merritt,* 74 App. Div. 64, affirmed.
(Argued February 23, 1903; decided March 17, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 25, 1902, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial.

*Thomas F. Magner* for appellant.

*Charles F. Brown, Charles M. Cannon* and *Wilfrid N. O'Neil* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

HANNAH STERNFELS, as Administratrix of MORRIS STERNFELS, Deceased, Respondent, *v.* METROPOLITAN STREET RAILWAY COMPANY et al., Appellants.

*Sternfels* v. *Metropolitan Street Ry. Co.,* 73 App. Div. 494, affirmed.
(Argued February 23, 1903; decided March 17, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 24, 1902, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles F. Brown, Henry A. Robinson, Grant C. Fox* and *Ashbel P. Fitch* for appellants.

*William N. Cohen, Nathan Ottinger* and *John Frankenheimer* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.